UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JANICE WILLIAMS, ET AL | CIVIL ACTION |
| VERSUS | NO. 07-1190 |
| CITY OF HAMMOND, ET AL | SECTION "K"(2) |

## ORDER

Before the Court is the "Motion to Strike Plaintiff's Expert Witness and Exclude Expert Testimony/Exhibits" filed on behalf of defendants City of Hammond, Mayor Mayson Foster, Chief Roddy F. Devall, and Brad Core (Doc. 55). Counsel for plaintiff has notified the Court that he has no opposition to the motion. Accordingly, the motion is GRANTED.

New Orleans, Louisiana, this 16th day of September, 2009.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE